UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. POWELL, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-1343-TLN-AC<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) Plaintiff filed objections to the findings and recommendations. (ECF No. 16.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on May 22, 2024 (ECF No. 12), are ADOPTED IN FULL;
2. Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 2) is DENIED;
3. Within thirty (30) days of electronic service of this Order, Plaintiff shall pay the entire $405.00 in required fees or face dismissal of this case; and
4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

Date: June 20, 2024

Troy L. Nunley
United States District Judge

2