UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. POWELL, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-1343 TLN AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for an order compelling discovery. ECF No. 21. This case has yet to be screened because plaintiff has not paid the filing fee. See ECF No. 17 (order denying plaintiff's application to proceed in forma pauperis). As such, no defendant has been ordered to respond to the complaint and any request for discovery is premature.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 21) is DENIED.

DATED: July 31, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1