UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. POWELL, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-1343-TLN-AC<br><br><br>**ORDER** |

　　　　Plaintiff, a state prisoner proceeding pro se, filed a Motion to Proceed In Forma Pauperis (ECF No. 18), which the Court construes as a Motion to Reconsider the Court's June 21, 2024 Order denying his Motion to Proceed In Forma Pauperis (ECF No. 17).

　　　　"A motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (internal citations and quotations omitted).  Further, local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were not shown at the time of the prior motion." E.D. Cal. L.R. 230(j)(3)–(4).

///

1

In the instant case, the Court finds Plaintiff's motion does not present any new or different facts or circumstances that would demonstrate that he was in imminent danger of serious physical injury at the time he filed the complaint.

Accordingly, the Court hereby DENIES Plaintiff's Motion for Reconsideration. (ECF No. 18.)

Date: August 15, 2024

Troy L. Nunley
United States District Judge

2