UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. POWELL, et al.,<br><br>　　　　Defendant. | No. 2:24-cv-01343-TLN-AC<br><br>**ORDER** |

　　Plaintiff Daniel Harper ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. By order filed June 21, 2024, Plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. (ECF No. 17.) Thirty days have passed and Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

　　IT IS SO ORDERED.

Date: February 10, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TROY L. NUNLEY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1